UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| NICHOLE HARRIS, on behalf of The Suter Company, Inc. Employee Stock Ownership Plan, and on behalf of a class of all other persons similarly situated,<br><br>     Plaintiff,<br><br>v.<br><br>MIGUEL PAREDES,<br>PRUDENT FIDUCIARY SERVICES, LLC,<br>a California Limited Liability Company,<br>TIMOTHY P. SUTER,<br>GEORGE B. SUTER, and<br>DANIEL B. SUTER,<br><br>     Defendants. | Case No. 3:23-cv-50231<br><br>Hon. Iain D. Johnston<br><br>Hon. Margaret J. Schneider |

**JOINT AGREED MOTION TO SET RESPONSIVE PLEADING DEADLINES**

Plaintiff Nichole Harris, on behalf of The Suter Company, Inc. Employee Stock Ownership Plan, and similarly situated participants in the Plan and their beneficiaries, and Defendants Migues Paredes, Prudent Fiduciary Services, LLC, Timothy Suter, George Suter, and Daniel Suter, respectfully request that the Court set a single responsive pleading deadline for all Defendants. In support of this agreed motion, the parties state:

  1.  Plaintiff filed her Complaint in this action on June 6, 2023 (Dkt. 1), and it was transferred to the Western Division on June 20, 2023 (Dkt. 3, 4).

  2.  Defendants Migel Paredes and Prudent Fiduciary Services, LLC, waived service of process of the Complaint and currently have a responsive pleading deadline of August 21, 2023. (Dkt. 7).

3. Defendant Timothy Suter was served with the Complaint and summons on July 16, 2023 (Dkt. 10) and currently has a responsive pleading deadline of August 7, 2023.

4. On July 28, 2023, counsel for Defendants George Suter and Daniel Suter contacted Plaintiff's counsel and agreed to accept service of the Complaint on behalf of those Defendants, and file a responsive pleading by August 30, 2023.

5. In order to align the responsive pleading deadlines, the parties respectfully request that all Defendants file their responsive pleadings to the Complaint by August 30, 2023.

Dated: August 7, 2023

Respectfully submitted,

**BAILEY & GLASSER LLP**

*/s/ Patrick O. Muench*
Patrick O. Muench
318 W. Adams Street, Ste. 1512
Chicago, IL 60606
Telephone: (312) 500-8680
Facsimile: (304) 342-1110
pmuench@baileyglasser.com

Gregory Y. Porter (*pro hac vice*)
Ryan T. Jenny
1055 Thomas Jefferson Street, NW, Ste. 540
Washington, DC 20007
Telephone: (202) 463-2101
Facsimile: (202) 463-2103
gporter@baileyglasser.com
rjenny@baileyglasser.com

Laura E. Babiak (*pro hac vice*)
209 Capitol Street
Charleston, WV 25301
Telephone: (304)345-6555
lbabiak@baileyglasser.com

*Attorneys for Plaintiff Nichole Harris*

**FAEGRE DRINKER BIDDLE & REATH, LLP**

<u>*/s/ Richard J. Pearl*</u>
Richard J. Pearl
320 S. Canal Street, Suite 3300
Chicago, IL 60606
Telephone: (312) 569-1907
rick.pearl@faegredrinker.com

Stephanie L. Gutwein
300 N. Meridian St., #2500
Indianapolis, IN 46204
Telephone: (317) 237-1086
stephanie.gutwein@faegredrinker.com

*Attorneys for Defendants Miguel Paredes and Prudent Fiduciary Services, LLC*

**CERTIFICATE OF SERVICE**

I certify that on this 7th day of August 2023, a true and correct copy of the foregoing document was filed with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.

I further certify that I will e-mail the filed copy of this filing to counsel for the Suter Defendants.

*/s/ Patrick O. Muench*_____
Patrick O. Muench