## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

NICHOLE HARRIS, on behalf of The Suter
Company, Inc. Employee Stock Ownership
Plan, and on behalf of a class of all other
persons similarly situated,

              Plaintiff,

v.                                                      Case No.  3:23-cv-50231

MIGUEL PAREDES,
PRUDENT FIDUCIARY SERVICES, LLC,
a California Limited Liability Company,
TIMOTHY P. SUTER,
GEORGE B. SUTER, and
DANIEL B. SUTER,

              Defendants.

## DEFENDANTS' MOTION TO COMPEL ARBITRATION

### TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

**PLEASE TAKE NOTICE THAT** Defendants Miguel Paredes and Prudent Fiduciary

Services, LLC (collectively "Defendants"), hereby move the Court for an order compelling

arbitration pursuant to the Federal Arbitration Act, 9 U.S.C. § 1 *et seq.*, and staying all proceedings

in the above-titled action pending conclusion of the arbitration. Pursuant to the scheduling notice

on Judge Johnston's homepage, Defendants are not requesting a specific date to present this motion

and will allow the Court to schedule this motion for presentment as it sees fit.

This motion is based on (1) this Notice of Motion, (2) the Memorandum of Points and

Authorities in Support of Motion to Compel Arbitration, (3) the pleadings and papers on file, and

(3) any other matter or material that the Court may properly consider.

Respectfully submitted,

US.359266700.01

Dated: August 30, 2023                FAEGRE DRINKER BIDDLE & REATH LLP

By:  */s/ Richard J. Pearl*
      Richard J. Pearl
      320 S. Canal St., Suite 3300
      Chicago, Illinois 60606
      Telephone: (312) 569-1000
      rick.pearl@faegredrinker.com

      Stephanie L. Gutwein
      300 North Meridian Street, Suite 2500
      Indianapolis, Indiana 46204
      Telephone: (317) 237-0300
      stephanie.gutwein@faegredrinker.com

*Attorneys for Defendants, Miguel Paredes and Prudent Fiduciary Services, LLC*

US.359266700.01

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on August 30, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Richard J. Pearl*
Richard J. Pearl

US.359266700.01