**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

|  |  |
|---|---|
| **NICHOLE HARRIS, on behalf of The Suter Company, Inc. Employee Stock Ownership Plan, and on behalf of a class of all other persons similarly situated,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**MIGUEL PAREDES, PRUDENT FIDUCIARY SERVICES, LLC, a California Limited Liability Company, TIMOTHY P. SUTER, GEORGE B. SUTER, and DANIEL B. SUTER,**<br><br>**Defendants.** | **Case No.: 3:23–cv–50231**<br><br>**Honorable Iain D. Johnston** |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF**
**DEFENDANTS TIMOTHY P. SUTER, GEORGE B. SUTER, AND DANIEL B. SUTER**

**COMES NOW,** Plaintiff Nichole Harris ("Plaintiff"), through undersigned counsel, and respectfully states:

1.      Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff has agreed to dismiss Defendants Timothy P. Suter, George B. Suter, and Daniel B. Suter from this action with prejudice.

2.      Accordingly, Plaintiff requests the voluntary dismissal with prejudice of all claims against Timothy P. Suter, George B. Suter, and Daniel B. Suter.

**WHEREFORE**, Plaintiff prays that this Honorable Court dismiss Timothy P. Suter, George B. Suter, and Daniel B. Suter from this matter with prejudice, all parties to bear their own costs and attorneys' fees.

DATED:  July 21, 2025    BAILEY & GLASSER LLP


           */s/ Patrick O. Muench*
           Patrick O. Muench
           318 W. Adams Street, Ste. 1512
           Chicago, IL  60606
           Telephone: (312) 500-8680
           PMuench@baileyglasser.com

           Gregory Y. Porter
           Ryan T. Jenny
           1055 Thomas Jefferson Street, NW, Ste. 540
           Washington, DC  20007
           Telephone: (202) 463-2101
           GPorter@baileyglasser.com
           RJenny@baileyglasser.com

           *Attorneys for Plaintiff*

2

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on this 21st day of July 2025, a true and correct copy of the foregoing document was filed with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.

*/s/ Patrick O. Muench*
Patrick O. Muench